NVB 9037 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

T1 PAYMENTS, LLC

Debtor(s)

BK−23−10290−mkn
CHAPTER 7

NOTICE OF FILING OFFICIAL TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS GIVEN** that a transcript has been filed on May 28, 2024 as referenced in the following document:

***101*** − Transcript regarding Hearing Held on 5/22/24. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Access Transcripts, LLC, Telephone number (855) 873−2223. Purchasing Party: David Mincin. Redaction Request Due By 06/18/2024. Redacted Transcript Submission Due By 06/28/2024. Transcript access will be restricted through 08/26/2024. (ACCESS TRANSCRIPTS, LLC)

The deadline for filing a *Request for Redaction* is June 18, 2024.

If a Request for Redaction is filed, the redacted transcript is due June 28, 2024. If no such request is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is August 26, 2024, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, or you may view the document at the clerk's office public terminal. The transcriber's contact information is available on the case docket, or by calling the Help Desk at 1−866−232−1266. You may review the court's transcript policy on its web site: www.nvb.uscourts.gov.

Dated: 5/28/24

Mary A. Schott
Mary A. Schott
Clerk of Court