**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re: | § | Case No. 23-10290-MKN |
| | § | |
| T1 PAYMENTS, LLC | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/30/2023. The undersigned trustee was appointed on 01/30/2023.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $36,000.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $765.00 |
| Bank service fees | $126.85 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $35,108.15 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 03/19/2024 and the deadline for filing government claims was 09/30/2023. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,350.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,350.00, for a total compensation of $4,350.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $2,560.27, for total expenses of $2,560.27.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/07/2025 By: /s/ Lenard E. Schwartzer
Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

 Exhibit A

**Case No.:** 23-10290-MKN
**Case Name:** T1 PAYMENTS, LLC
**For the Period Ending:** 1/7/2025

**Trustee Name:** Lenard E. Schwartzer
**Date Filed (f) or Converted (c):** 01/30/2023 (f)
**§341(a) Meeting Date:** 03/01/2023
**Claims Bar Date:** 03/19/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled and<br>Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Value | 3<br>Estimated Net Value<br>(Value Determined by<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA =§ 554(a) abandon. | 5<br>Sales/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Preference Payments to American Express | $117,015.58 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | The payment was paid by TGLOBAL SERVICES, an affiliate of the debtor. It was not from the debtor's account | | | | | |
| 2 | 2019 Porsche Turbo S | $127,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Value decreased per appraisal from CarMax per amendment filed 2/27/23 [Doc 15] | | | | | |
| 3 | Breach of Fiduciary Duty & Professional Negligence against Eugene Rome | Unknown | $0.00 | | $0.00 | FA |
| 4 | Claims against Payvision, B.V. | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | monies improperly retained from merchant credit card | | | | | |
| 5 | Breach of Contract against Buillion Holdings, LLC & Shannon Nicole Forsyth | $385,183.65 | $385,183.65 | | $0.00 | FA |
| **Asset Notes:** | 7/9/24 Included in the Motion to Sell approved by order entered 8/26/24 [Doc 128]; Report of Sale filed 9/25/24 | | | | | |
| 6 | Declaratory Relief against Nu Life Corp | $0.00 | $0.00 | | $0.00 | FA |
| 7 | 100% Interest in T1 Payments, Ltd | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Deleted by amendment filed 10/24/23 [Doc 73]] | | | | | |
| 8 | 100% interest in TGlobal Services, LLC **(u)** | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Added by amendment filed 2/27/23 [Doc 15] | | | | | |
| 9 | Claim Against Lisa Kaye and GOAT Payments, Inc **(u)** | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Added by amendment filed 2/27/23 [Doc 15]<br>5/23/24 order entered approving settlement [Doc 99]; 4/17/24 per Jason the Lisa Kaye settlement is just a walkaway, no money is changing hands and they are waiving any claim against the estate. | | | | | |
| 10 | Preference Payments to Porsche Financial | $11,100.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured asset | | | | | |
| 11 | Preference Payment to U.S. Bank | $500.00 | $500.00 | | $0.00 | FA |
| **Asset Notes:** | Amount too small to pursue | | | | | |
| 12 | Estate Litigation Claims | $0.00 | $36,000.00 | | $36,000.00 | FA |
| **Asset Notes:** | 9/25/24 Filed Report of Sale; 8/26/14 [Doc 128] Order entered granting motion to sell (Sold Alter Ego Claims $26,000; Kasdon/King Chapter 5 Claims $6,500, Affirmative Claims $3,500.00) | | | | | |
| | **TOTALS (Excluding unknown value)** | **$640,799.23** | **$421,683.65** | | **$36,000.00** | **Gross Value of Remaining Assets**<br>**$0.00** |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



**Case No.:** 23-10290-MKN
**Case Name:** T1 PAYMENTS, LLC
**For the Period Ending:** 1/7/2025

**Trustee Name:** Lenard E. Schwartzer
**Date Filed (f) or Converted (c):** 01/30/2023 (f)
**§341(a) Meeting Date:** 03/01/2023
**Claims Bar Date:** 03/19/2024

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

12/17/2024 (11/5/24 LIMITED MAILING MATRIX FILED IN "DOCUMENTS") 2024 TAX RETURN (PAID 12/23/24); REPORT OF DISTRIBUTION

**Initial Projected Date Of Final Report (TFR):** 06/30/2025 **Current Projected Date Of Final Report (TFR):** 12/30/2026

/s/ LENARD E. SCHWARTZER

LENARD E. SCHWARTZER

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 23-10290-MKN | **Trustee Name:** | Lenard E. Schwartzer |
| **Case Name:** | T1 PAYMENTS, LLC | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***9146 | **Checking Acct #:** | ******0058 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Trust Account |
| **For Period Beginning:** | 1/30/2023 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 1/7/2025 | **Separate bond (if applicable):** | |

| 1<br>Transaction Date | 2<br>Check / Ref. # | 3<br>Paid to/ Received From | 4<br>Description of Transaction | Uniform Tran Code | 5<br>Deposit $ | 6<br>Disbursement $ | 7<br>Balance |
|---|---|---|---|---|---|---|---|
| 04/18/2024 | (12) | Donald Kasdon | Sale proceeds held pending court approval | 1149-000 | $30,000.00 | | $30,000.00 |
| 07/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $43.15 | $29,956.85 |
| 08/05/2024 | | Pinnacle Bank | Service Charge Reversal | 2600-000 | | ($43.15) | $30,000.00 |
| 08/20/2024 | | Transfer To: #******0070 | Transfer of Sale Proceeds per Court Order entered 8/26/24 (Doc 128) | 9999-000 | | $30,000.00 | $0.00 |
| 09/09/2024 | (12) | Donald Kasdon | Remainder of purchase price per order entered 8/26/24 [Doc 128] (filed in Trust Acct in error) | 1149-000 | $6,000.00 | | $6,000.00 |
| 10/03/2024 | | Transfer To: #******0070 | Transfer of Remainder of purchase price per order entered 8/26/24 [Doc 128] (filed in Trust Acct in error) | 9999-000 | | $6,000.00 | $0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $36,000.00 | $36,000.00 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $36,000.00 | |
| **Subtotal** | $36,000.00 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $36,000.00 | $0.00 | |

**For the period of 1/30/2023 to 1/7/2025**

| | |
|---|---|
| Total Compensable Receipts: | $36,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $36,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $36,000.00 |

**For the entire history of the account between 10/12/2023 to 1/7/2025**

| | |
|---|---|
| Total Compensable Receipts: | $36,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $36,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $36,000.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 23-10290-MKN | **Trustee Name:** | Lenard E. Schwartzer |
| **Case Name:** | T1 PAYMENTS, LLC | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***9146 | **Checking Acct #:** | ******0070 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 1/30/2023 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 1/7/2025 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 08/20/2024 | | Transfer From: #******0058 | Sale of Estate's Interest in Certain Litigation Claims per Order Entered 8/26/24 [Doc 128] | 9999-000 | $30,000.00 | | $30,000.00 |
| 09/30/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $37.50 | $29,962.50 |
| 10/03/2024 | | Transfer From: #******0058 | Remainder of sale price of Estate's Interest in Certain Litigation Claims per Order Entered 8/26/24 [Doc 128] | 9999-000 | $6,000.00 | | $35,962.50 |
| 10/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $44.46 | $35,918.04 |
| 11/29/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $44.89 | $35,873.15 |
| 12/23/2024 | 5101 | KENNETH A. SELTZER, CPA | Accountant Fees and Expenses per Order Entered 12/19/24 [Doc 148] | * | | $765.00 | $35,108.15 |
| | | | Accountant Fees $(600.00) | 3410-000 | | | $35,108.15 |
| | | | Accountant Expenses $(165.00) | 3992-000 | | | $35,108.15 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $36,000.00 | $891.85 | $35,108.15 |
| **Less: Bank transfers/CDs** | $36,000.00 | $0.00 | |
| **Subtotal** | $0.00 | $891.85 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.00 | $891.85 | |

**For the period of 1/30/2023 to 1/7/2025**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $36,000.00 |
| | |
| Total Compensable Disbursements: | $891.85 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $891.85 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/20/2024 to 1/7/2025**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $36,000.00 |
| | |
| Total Compensable Disbursements: | $891.85 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $891.85 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 23-10290-MKN | **Trustee Name:** | Lenard E. Schwartzer |
| **Case Name:** | T1 PAYMENTS, LLC | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***9146 | **Checking Acct #:** | ******0070 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 1/30/2023 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 1/7/2025 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $36,000.00 | $891.85 | $35,108.15 |

**For the period of 1/30/2023 to 1/7/2025**

| | |
|---|---|
| Total Compensable Receipts: | $36,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $36,000.00 |
| Total Internal/Transfer Receipts: | $36,000.00 |
| | |
| Total Compensable Disbursements: | $891.85 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $891.85 |
| Total Internal/Transfer Disbursements: | $36,000.00 |

**For the entire history of the case between 01/30/2023 to 1/7/2025**

| | |
|---|---|
| Total Compensable Receipts: | $36,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $36,000.00 |
| Total Internal/Transfer Receipts: | $36,000.00 |
| | |
| Total Compensable Disbursements: | $891.85 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $891.85 |
| Total Internal/Transfer Disbursements: | $36,000.00 |

/s/ LENARD E. SCHWARTZER

LENARD E. SCHWARTZER

**CLAIM ANALYSIS REPORT**



Exhibit C

**Case No.** 23-10290-MKN
**Case Name:** T1 PAYMENTS, LLC
**Claims Bar Date:** 03/19/2024

**Trustee Name:** Lenard E. Schwartzer
**Date:** 1/7/2025

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | LENARD E. SCHWARTZER<br>6655 W. Sahara Avenue, Suite B200-107<br>LAS VEGAS NV 89146 | Trustee Compensation | Allowed | 2100-000 | $4,350.00 | $0.00 | $0.00 | $0.00 | $4,350.00 |
| | FOX, IMES & CROSBY, LLC<br>601 S. 10TH STREET, SUITE 202<br>LAS VEGAS NV 89101 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $27,412.62 | $0.00 | $0.00 | $0.00 | $27,412.62 |

**Claim Notes:** Order entered approving fees 12/16/24 [Doc 144]; claim subordinated to all other Ch 7 adm priority expenses in this estate

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | FOX, IMES & CROSBY, LLC<br>601 S. 10TH STREET, SUITE 202<br>LAS VEGAS NV 89101 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $785.26 | $0.00 | $0.00 | $0.00 | $785.26 |

**Claim Notes:** Order entered approving expenses 12/16/24 [Doc 144]

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | LENARD E. SCHWARTZER<br>6655 W. Sahara Avenue, Suite B200-107<br>LAS VEGAS NV 89146 | Trustee Expenses | Allowed | 2200-000 | $2,560.27 | $0.00 | $0.00 | $0.00 | $2,560.27 |
| | KENNETH A. SELTZER, CPA<br>17 CANDLEWYCK DR<br>HENDERSON NV 89052 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $600.00 | $600.00 | $0.00 | $0.00 | $0.00 |
| | KENNETH A. SELTZER, CPA<br>17 CANDLEWYCK DR<br>HENDERSON NV 89052 | Accountant for Trustee Expenses (Other Firm) | Allowed | 3992-000 | $165.00 | $165.00 | $0.00 | $0.00 | $0.00 |
| 1 | NEW U LIFE CORPORATION<br>c/o Ogonna Brown<br>Lewis Roca Rothgerber Christie LLP<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas NV 89169 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $5,260,109.28 | $0.00 | $0.00 | $0.00 | $5,260,109.28 |

**CLAIM ANALYSIS REPORT**



Exhibit C

**Case No.** 23-10290-MKN
**Case Name:** T1 PAYMENTS, LLC
**Claims Bar Date:** 03/19/2024

**Trustee Name:** Lenard E. Schwartzer
**Date:** 1/7/2025

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 2 | SECURE TECHDESK NV, LLC<br><br>c/o John Sahaf<br>925 Wagner Valley St.<br>Henderson NV 89052 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $122,489.17 | $0.00 | $0.00 | $0.00 | $122,489.17 |
| 3 | G COM PTE LTD.<br><br>c/o Jason D. Wright, Esq.<br>101 Park Avenue<br>New York NY 10178 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $230,904.70 | $0.00 | $0.00 | $0.00 | $230,904.70 |
| 4 | HYPER SLS LTD.<br><br>c/o Jason D. Wright, Esq.<br>101 Park Avenue<br>New York NY 10178 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $348,478.29 | $0.00 | $0.00 | $0.00 | $348,478.29 |
| 5 | D.N.G FZE<br><br>c/o Jason D. Wright, Esq.<br>101 Park Avenue<br>Ney York NY 10178 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $224,308.07 | $0.00 | $0.00 | $0.00 | $224,308.07 |
| 6 | ASHER DIGITAL MARKETING INC<br><br>758 Calle Plano<br>Carmarillo CA 93012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,363.36 | $0.00 | $0.00 | $0.00 | $1,363.36 |
| 7 | CMB DIVERSIFIED INC<br><br>757 SE 17th Street, Suite 289<br>Fort Lauderdale FL 33316 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $11,128.09 | $0.00 | $0.00 | $0.00 | $11,128.09 |
| 8 | CLINT EDWARD DYER (OWNER)<br><br>GREEN RE-LEAF LLC<br>1019 THISTLE CT<br>NEWTON NC 28658 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $45,886.94 | $0.00 | $0.00 | $0.00 | $45,886.94 |
| 9 | NASRULLAH JAN SAHAF<br><br>925 WAGNER VALLEY ST.<br>HENDERSON NV 89052 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $36,645.22 | $0.00 | $0.00 | $0.00 | $36,645.22 |

**CLAIM ANALYSIS REPORT**



Exhibit C

**Case No.** 23-10290-MKN
**Case Name:** T1 PAYMENTS, LLC
**Claims Bar Date:** 03/19/2024

**Trustee Name:** Lenard E. Schwartzer
**Date:** 1/7/2025

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 10 | ANTHONY TAMMARO<br>3058 HARTRIDGE TER<br>WELLINGTON FL 33414-3428 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $3,350.00 | $0.00 | $0.00 | $0.00 | $3,350.00 |
| 11 | USA ESERVICES LLC<br>8950 SW 74th Court #2201F9<br>Miami FL 33156 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $59,763.12 | $0.00 | $0.00 | $0.00 | $59,763.12 |
| 12 | U.S. BANK NATIONAL ASSOCIATION BANKRUPTCY DEPARTMENT<br>PO Box 108<br>Saint Louis MO 63166-0108 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $16,838.16 | $0.00 | $0.00 | $0.00 | $16,838.16 |
| 13 | CHUN LING<br>7411 ATACAMA AVE<br>LAS VEGAS NV 89179 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $14,593.40 | $0.00 | $0.00 | $0.00 | $14,593.40 |
| 14 | 36 CIRCLES, LLC<br>c/o David Mincin, Esq.<br>Mincin Law, PLLC<br>7465 W. Lake Mead Boulevard, #100<br>Las Vegas NV 89128 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,650,227.49 | $0.00 | $0.00 | $0.00 | $1,650,227.49 |

**Claim Notes:** (14-1) Fraud, Conversion And Breach Of Contract / Wrongfully Withheld Credit Card Funds(14-2) Fraud, Conversion And Breach Of Contract / Wrongfully Withheld Credit Card Funds

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 15 | VIDA DIVINA LLC<br>7940 cherry Ave<br>Frankfurt, CA HE 60329 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $810,504.14 | $0.00 | $0.00 | $0.00 | $810,504.14 |
| 16 | MITCHELL EBERT<br>MITCHELL'S MEDICINALS LLC<br>2347 SUGAR BOTTOM RD.<br>FURLONG PA 18925 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $7,951.32 | $0.00 | $0.00 | $0.00 | $7,951.32 |

**Case No.** 23-10290-MKN
**Case Name:** T1 PAYMENTS, LLC
**Claims Bar Date:** 03/19/2024

**Trustee Name:** Lenard E. Schwartzer
**Date:** 1/7/2025

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 17 | MARWAN TAWEEL/TD MANUFACTURING LLC<br><br>442 KNIGHT DRIVE<br>TARPON SPRINGS FL 34688 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $201,282.88 | $0.00 | $0.00 | $0.00 | $201,282.88 |
| 18 | MORNINGSIDE CHURCH PRODUCTIONS, INC.<br>PO Box 555<br>Blue Eye MO 65611 | Claims of Government al Units | Allowed | 5800-000 | $784,869.35 | $0.00 | $0.00 | $0.00 | $784,869.35 |
| | | | | | **$9,866,566.13** | **$765.00** | **$0.00** | **$0.00** | **$9,865,801.13** |

**Case No.** 23-10290-MKN
**Case Name:** T1 PAYMENTS, LLC
**Claims Bar Date:** 03/19/2024

**Trustee Name:** Lenard E. Schwartzer
**Date:** 1/7/2025

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Expenses (Other Firm) | $165.00 | $165.00 | $165.00 | $0.00 | $0.00 | $0.00 |
| Accountant for Trustee Fees (Other Firm) | $600.00 | $600.00 | $600.00 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Expenses (Other Firm) | $785.26 | $785.26 | $0.00 | $0.00 | $0.00 | $785.26 |
| Attorney for Trustee Fees (Other Firm) | $65,405.00 | $27,412.62 | $0.00 | $0.00 | $0.00 | $27,412.62 |
| Claims of Governmental Units | $784,869.35 | $784,869.35 | $0.00 | $0.00 | $0.00 | $784,869.35 |
| General Unsecured § 726(a)(2) | $8,836,589.43 | $8,836,589.43 | $0.00 | $0.00 | $0.00 | $8,836,589.43 |
| Tardy General Unsecured § 726(a)(3) | $209,234.20 | $209,234.20 | $0.00 | $0.00 | $0.00 | $209,234.20 |
| Trustee Compensation | $4,350.00 | $4,350.00 | $0.00 | $0.00 | $0.00 | $4,350.00 |
| Trustee Expenses | $2,560.27 | $2,560.27 | $0.00 | $0.00 | $0.00 | $2,560.27 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 23-10290-MKN
Case Name: T1 PAYMENTS, LLC
Trustee Name: Lenard E. Schwartzer

Balance on hand: $35,108.15

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $35,108.15

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---|---|---|
| LENARD E. SCHWARTZER, Trustee Fees | $4,350.00 | $0.00 | $4,350.00 |
| LENARD E. SCHWARTZER, Trustee Expenses | $2,560.27 | $0.00 | $2,560.27 |
| FOX, IMES & CROSBY, LLC, Attorney for Trustee Fees | $27,412.62 | $0.00 | $27,412.62 |
| FOX, IMES & CROSBY, LLC, Attorney for Trustee Expenses | $785.26 | $0.00 | $785.26 |
| Accountant Fees, Accountant for Trustee Fees | $600.00 | $600.00 | $0.00 |
| Other: Accountant Expenses, Other Professional Expenses | $165.00 | $165.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $35,108.15
Remaining balance: $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $784,869.35 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 18 | Morningside Church Productions, Inc. | $784,869.35 | $0.00 | $0.00 |

Total to be paid to priority claims: $0.00
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $8,836,589.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | New U Life Corporation | $5,260,109.28 | $0.00 | $0.00 |
| 2 | Secure Techdesk NV, LLC | $122,489.17 | $0.00 | $0.00 |
| 3 | G Com Pte Ltd. | $230,904.70 | $0.00 | $0.00 |
| 4 | Hyper Sls Ltd. | $348,478.29 | $0.00 | $0.00 |
| 5 | D.N.G FZE | $224,308.07 | $0.00 | $0.00 |
| 6 | Asher Digital Marketing Inc | $1,363.36 | $0.00 | $0.00 |
| 7 | CMB Diversified INC | $11,128.09 | $0.00 | $0.00 |
| 8 | CLINT EDWARD DYER (OWNER) | $45,886.94 | $0.00 | $0.00 |
| 9 | NASRULLAH JAN SAHAF | $36,645.22 | $0.00 | $0.00 |
| 10 | ANTHONY TAMMARO | $3,350.00 | $0.00 | $0.00 |
| 11 | USA ESERVICES LLC | $59,763.12 | $0.00 | $0.00 |
| 12 | U.S. Bank National Association Bankruptcy Department | $16,838.16 | $0.00 | $0.00 |
| 13 | CHUN LING | $14,593.40 | $0.00 | $0.00 |
| 14 | 36 Circles, LLC | $1,650,227.49 | $0.00 | $0.00 |
| 15 | Vida Divina LLC | $810,504.14 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $209,234.20 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 16 | MITCHELL EBERT | $7,951.32 | $0.00 | $0.00 |
| 17 | MARWAN TAWEEL/TD MANUFACTURING LLC | $201,282.88 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00