**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re: | § | Case No. 23-10290-MKN |
| | § | |
| T1 PAYMENTS, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Lenard E. Schwartzer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $640,799.23 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $36,000.00 | | |

3) Total gross receipts of $36,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $36,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $172,794.62 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $73,992.38 | $36,000.00 | $36,000.00 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $784,869.35 | $784,869.35 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $1,253,925.13 | $9,045,823.63 | $9,045,823.63 | $0.00 |
| **Total Disbursements** | $1,426,719.75 | $9,904,685.36 | $9,866,692.98 | $36,000.00 |

4). This case was originally filed under chapter 7 on 01/30/2023. The case was pending for 28 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/19/2025 By: /s/ Lenard E. Schwartzer
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Estate Litigation Claims | 1149-000 | $36,000.00 |
| **TOTAL GROSS RECEIPTS** | | $36,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Porsche Financial Services | 4110-000 | $172,794.62 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $172,794.62 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LENARD E. SCHWARTZER, Trustee | 2100-000 | NA | $4,350.00 | $4,350.00 | $4,350.00 |
| LENARD E. SCHWARTZER, Trustee | 2200-000 | NA | $2,560.27 | $2,560.27 | $2,560.27 |
| Pinnacle Bank | 2600-000 | NA | $126.85 | $126.85 | $126.85 |
| FOX, IMES & CROSBY, LLC, Attorney for Trustee | 3210-000 | NA | $65,405.00 | $27,412.62 | $27,412.62 |
| FOX, IMES & CROSBY, LLC, Attorney for Trustee | 3220-000 | NA | $785.26 | $785.26 | $785.26 |
| Accountant Fees, Accountant for Trustee | 3410-000 | NA | $600.00 | $600.00 | $600.00 |
| Accountant Expenses, Other Professional | 3992-000 | NA | $165.00 | $165.00 | $165.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $73,992.38 | $36,000.00 | $36,000.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 18 | Morningside Church Productions, Inc. | 5800-000 | $0.00 | $784,869.35 | $784,869.35 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $784,869.35 | $784,869.35 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | New U Life Corporation | 7100-000 | $0.00 | $5,260,109.28 | $5,260,109.28 | $0.00 |
| 2 | Secure Techdesk NV, LLC | 7100-000 | $0.00 | $122,489.17 | $122,489.17 | $0.00 |
| 3 | G Com Pte Ltd. | 7100-000 | $0.00 | $230,904.70 | $230,904.70 | $0.00 |
| 4 | Hyper Sls Ltd. | 7100-000 | $0.00 | $348,478.29 | $348,478.29 | $0.00 |
| 5 | D.N.G FZE | 7100-000 | $0.00 | $224,308.07 | $224,308.07 | $0.00 |
| 6 | Asher Digital Marketing Inc | 7100-000 | $0.00 | $1,363.36 | $1,363.36 | $0.00 |
| 7 | CMB Diversified INC | 7100-000 | $0.00 | $11,128.09 | $11,128.09 | $0.00 |
| 8 | CLINT EDWARD DYER (OWNER) | 7100-000 | $0.00 | $45,886.94 | $45,886.94 | $0.00 |
| 9 | NASRULLAH JAN SAHAF | 7100-000 | $0.00 | $36,645.22 | $36,645.22 | $0.00 |
| 10 | ANTHONY TAMMARO | 7100-000 | $0.00 | $3,350.00 | $3,350.00 | $0.00 |
| 11 | USA ESERVICES LLC | 7100-000 | $0.00 | $59,763.12 | $59,763.12 | $0.00 |
| 12 | U.S. Bank National Association Bankruptcy Department | 7100-000 | $17,051.44 | $16,838.16 | $16,838.16 | $0.00 |
| 13 | CHUN LING | 7100-000 | $0.00 | $14,593.40 | $14,593.40 | $0.00 |
| 14 | 36 Circles, LLC | 7100-000 | $0.00 | $1,650,227.49 | $1,650,227.49 | $0.00 |
| 15 | Vida Divina LLC | 7100-000 | $810,500.00 | $810,504.14 | $810,504.14 | $0.00 |
| 16 | MITCHELL EBERT | 7200-000 | $0.00 | $7,951.32 | $7,951.32 | $0.00 |
| 17 | MARWAN TAWEEL/TD MANUFACTURI NG LLC | 7200-000 | $0.00 | $201,282.88 | $201,282.88 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 1111CBD LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 1128665 B.C. LTD | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 1191004 BC LTD | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 12 Crowns Consulting | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 1214669 BC LT | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 1287 Enterprises LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 1613823 Alberta Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 1stopmove.com Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 24 K Herbs LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 2500486 Ontario Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 2Rise Naturals LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 36 Circles, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 365 Skinny, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 3C LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 3Chome Group LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 419 Interactive Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 420 Brew Street Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 50 Shade of Green | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 5280 Chefs | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 5thworldbrands LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 850Genesis - FL INC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 9435182 Canada Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | A and E Consulting, Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | A and W Neutraceuticals | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | A.B. Eurospania Ltd | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | AA Drainage | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | AAFF Scomm | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | AAXLL Supply Co LLC. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Above and | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Beyond Partnership, LLC | | | | | |
| | Absolute Nutrition LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Abstrax Tech INC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Accurate Venture | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | ACE Holdings LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Ace Online, Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Ace Trading LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | ACI WORLDWIDE | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | ACRY Distribution LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Ad Remedies Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Adorivy LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | ADSXPOSED LTD | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Aegean International INC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Aerosource H LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | AF Solutions, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Aftercare Universal Ltd | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Aftertaster SL | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Agape Blends LLC. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | AgelesEnvy LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Agile tech Solutions LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Akanvia LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | AKC HoffCo LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Aktive LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Alamaro Enterprises Ltd | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Alchemista LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Alex Stenson International LTD | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Alidada Wholesale Club LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | All for One Solutions LTD | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | All Kind CBD LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | All Natural CBDs LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | All Natural Products LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Allegra Marketing Solutions Inc PORT | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Allegra Marketing Solutions Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Allied Synergy Group Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Aloha Honi LTD | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Alpen Performance LLC. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Alpentol Sarl | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Alpha CannaX Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | American Express | 7100-000 | $407,216.90 | $0.00 | $0.00 | $0.00 |
| | Larson LLP | 7100-000 | $17,251.40 | $0.00 | $0.00 | $0.00 |
| | The Hartford | 7100-000 | $1,905.39 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,253,925.13 | $9,045,823.63 | $9,045,823.63 | $0.00 |

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



| | | | |
|---|---|---|---|
| **Case No.:** | 23-10290-MKN | **Trustee Name:** | Lenard E. Schwartzer |
| **Case Name:** | T1 PAYMENTS, LLC | **Date Filed (f) or Converted (c):** | 01/30/2023 (f) |
| **For the Period Ending:** | 5/19/2025 | **§341(a) Meeting Date:** | 03/01/2023 |
| | | **Claims Bar Date:** | 03/19/2024 |

| | 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | | |
| 1 | Preference Payments to American Express | | $117,015.58 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | The payment was paid by TGLOBAL SERVICES, an affiliate of the debtor. It was not from the debtor's account | | | | | | |
| 2 | 2019 Porsche Turbo S | | $127,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Value decreased per appraisal from CarMax per amendment filed 2/27/23 [Doc 15] | | | | | | |
| 3 | Breach of Fiduciary Duty & Professional Negligence against Eugene Rome | | Unknown | $0.00 | | $0.00 | FA |
| 4 | Claims against Payvision, B.V. | | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | monies improperly retained from merchant credit card | | | | | | |
| 5 | Breach of Contract against Buillion Holdings, LLC & Shannon Nicole Forsyth | | $385,183.65 | $385,183.65 | | $0.00 | FA |
| **Asset Notes:** | 7/9/24 Included in the Motion to Sell approved by order entered 8/26/24 [Doc 128]; Report of Sale filed 9/25/24 | | | | | | |
| 6 | Declaratory Relief against Nu Life Corp | | $0.00 | $0.00 | | $0.00 | FA |
| 7 | 100% Interest in T1 Payments, Ltd | | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Deleted by amendment filed 10/24/23 [Doc 73]] | | | | | | |
| 8 | 100% interest in TGlobal Services, LLC | **(u)** | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Added by amendment filed 2/27/23 [Doc 15] | | | | | | |
| 9 | Claim Against Lisa Kaye and GOAT Payments, Inc | **(u)** | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Added by amendment filed 2/27/23 [Doc 15]<br>5/23/24 order entered approving settlement [Doc 99]; 4/17/24 per Jason the Lisa Kaye settlement is just a walkaway, no money is changing hands and they are waiving any claim against the estate. | | | | | | |
| 10 | Preference Payments to Porsche Financial | | $11,100.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Secured asset | | | | | | |
| 11 | Preference Payment to U.S. Bank | | $500.00 | $500.00 | | $0.00 | FA |
| **Asset Notes:** | Amount too small to pursue | | | | | | |
| 12 | Estate Litigation Claims | | $0.00 | $36,000.00 | | $36,000.00 | FA |
| **Asset Notes:** | 9/25/24 Filed Report of Sale; 8/26/14 [Doc 128] Order entered granting motion to sell (Sold Alter Ego Claims $26,000; Kasdon/King Chapter 5 Claims $6,500, Affirmative Claims $3,500.00) | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | **$640,799.23** | **$421,683.65** | | **$36,000.00** | **$0.00** |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



**Case No.:** 23-10290-MKN
**Case Name:** T1 PAYMENTS, LLC
**For the Period Ending:** 5/19/2025

**Trustee Name:** Lenard E. Schwartzer
**Date Filed (f) or Converted (c):** 01/30/2023 (f)
**§341(a) Meeting Date:** 03/01/2023
**Claims Bar Date:** 03/19/2024

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

05/08/2025 REPORT OF DISTRIBUTION

**Initial Projected Date Of Final Report (TFR):** 06/30/2025 **Current Projected Date Of Final Report (TFR):** 12/30/2026

/s/ LENARD E. SCHWARTZER

LENARD E. SCHWARTZER

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 23-10290-MKN | **Trustee Name:** | Lenard E. Schwartzer |
| **Case Name:** | T1 PAYMENTS, LLC | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***9146 | **Checking Acct #:** | ******0058 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Trust Account |
| **For Period Beginning:** | 1/30/2023 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 5/19/2025 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/18/2024 | (12) | Donald Kasdon | Sale proceeds held pending court approval | 1149-000 | $30,000.00 | | $30,000.00 |
| 07/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $43.15 | $29,956.85 |
| 08/05/2024 | | Pinnacle Bank | Service Charge Reversal | 2600-000 | | ($43.15) | $30,000.00 |
| 08/20/2024 | | Transfer To: #******0070 | Transfer of Sale Proceeds per Court Order entered 8/26/24 (Doc 128) | 9999-000 | | $30,000.00 | $0.00 |
| 09/09/2024 | (12) | Donald Kasdon | Remainder of purchase price per order entered 8/26/24 [Doc 128] (filed in Trust Acct in error) | 1149-000 | $6,000.00 | | $6,000.00 |
| 10/03/2024 | | Transfer To: #******0070 | Transfer of Remainder of purchase price per order entered 8/26/24 [Doc 128] (filed in Trust Acct in error) | 9999-000 | | $6,000.00 | $0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $36,000.00 | $36,000.00 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $36,000.00 | |
| **Subtotal** | $36,000.00 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $36,000.00 | $0.00 | |

**For the period of 1/30/2023 to 5/19/2025**

| | |
|---|---|
| Total Compensable Receipts: | $36,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $36,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $36,000.00 |

**For the entire history of the account between 10/12/2023 to 5/19/2025**

| | |
|---|---|
| Total Compensable Receipts: | $36,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $36,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $36,000.00 |

Exhibit 9

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 23-10290-MKN | **Trustee Name:** | Lenard E. Schwartzer |
| **Case Name:** | T1 PAYMENTS, LLC | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***9146 | **Checking Acct #:** | ******0070 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 1/30/2023 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 5/19/2025 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 08/20/2024 | | Transfer From: #******0058 | Sale of Estate's Interest in Certain Litigation Claims per Order Entered 8/26/24 [Doc 128] | 9999-000 | $30,000.00 | | $30,000.00 |
| 09/30/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $37.50 | $29,962.50 |
| 10/03/2024 | | Transfer From: #******0058 | Remainder of sale price of Estate's Interest in Certain Litigation Claims per Order Entered 8/26/24 [Doc 128] | 9999-000 | $6,000.00 | | $35,962.50 |
| 10/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $44.46 | $35,918.04 |
| 11/29/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $44.89 | $35,873.15 |
| 12/23/2024 | 5101 | KENNETH A. SELTZER, CPA | Accountant Fees and Expenses for 2024 tax return per Order Entered 12/19/24 [Doc 148] | * | | $765.00 | $35,108.15 |
| | | | Accountant Fees $(600.00) | 3410-000 | | | $35,108.15 |
| | | | Accountant Expenses $(165.00) | 3992-000 | | | $35,108.15 |
| 03/11/2025 | 5102 | FOX, IMES & CROSBY, LLC | Claim #; Acct. # ; Amt Claimed 785.26; Amt Allowed 785.26; | 3220-000 | | $785.26 | $34,322.89 |
| 03/11/2025 | 5103 | FOX, IMES & CROSBY, LLC | Claim #; Acct. # ; Amt Claimed 65,405.00; Amt Allowed 27,412.62; | 3210-000 | | $27,412.62 | $6,910.27 |
| 03/11/2025 | 5104 | LENARD E. SCHWARTZER | Trustee Compensation | 2100-000 | | $4,350.00 | $2,560.27 |
| 03/11/2025 | 5105 | LENARD E. SCHWARTZER | Trustee Expenses | 2200-000 | | $2,560.27 | $0.00 |

| | | |
|---|---|---|
| **SUBTOTALS** | $36,000.00 | $36,000.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 23-10290-MKN | **Trustee Name:** | Lenard E. Schwartzer |
| **Case Name:** | T1 PAYMENTS, LLC | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***9146 | **Checking Acct #:** | ******0070 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 1/30/2023 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 5/19/2025 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | |
|---|---|---|---|
| **TOTALS:** | $36,000.00 | $36,000.00 | $0.00 |
| **Less: Bank transfers/CDs** | $36,000.00 | $0.00 | |
| **Subtotal** | $0.00 | $36,000.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.00 | $36,000.00 | |

**For the period of 1/30/2023 to 5/19/2025**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $36,000.00 |
| | |
| Total Compensable Disbursements: | $36,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $36,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/20/2024 to 5/19/2025**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $36,000.00 |
| | |
| Total Compensable Disbursements: | $36,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $36,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 23-10290-MKN | **Trustee Name:** | Lenard E. Schwartzer |
| **Case Name:** | T1 PAYMENTS, LLC | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***9146 | **Checking Acct #:** | ******0070 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 1/30/2023 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 5/19/2025 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $36,000.00 | $36,000.00 | $0.00 |

**For the period of 1/30/2023 to 5/19/2025**

| | |
|---|---|
| Total Compensable Receipts: | $36,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $36,000.00 |
| Total Internal/Transfer Receipts: | $36,000.00 |
| | |
| Total Compensable Disbursements: | $36,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $36,000.00 |
| Total Internal/Transfer Disbursements: | $36,000.00 |

**For the entire history of the case between 01/30/2023 to 5/19/2025**

| | |
|---|---|
| Total Compensable Receipts: | $36,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $36,000.00 |
| Total Internal/Transfer Receipts: | $36,000.00 |
| | |
| Total Compensable Disbursements: | $36,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $36,000.00 |
| Total Internal/Transfer Disbursements: | $36,000.00 |

/s/ LENARD E. SCHWARTZER

LENARD E. SCHWARTZER